FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2018

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE LLOYD,<br><br>Defendant. | No. 1:18-CR-2028-LRS-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 16, 17** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 16) and Motion to Expedite (ECF No. 17). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 17) is GRANTED.

2. The Motion to Modify Conditions of Release (ECF No. 16) is GRANTED.

3. Defendant's Special Condition of Release Number 2 (ECF No. 8) shall be modified to read as follows: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as

ORDER - 1

directed by the United States Probation/Pretrial Services Office. Any such evaluation(s) shall be sent directly to the Federal Defenders of Eastern Washington and Idaho, rather than directly to the United States Probation/Pretrial Services Office. Defense counsel will redact any statements which could incriminate Defendant but will provide the United States Probation/Pretrial Services Office with the diagnostic and treatment recommendation portions of those report(s).

4. The district court executive is directed to enter this order and provide copies to counsel.

DATED June 25, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE